UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SOUTHTRUST MORTGAGE
CORPORATION,

Plaintiff,

-vs-                                                         Case No.  5:07-cv-328-Oc-10GRJ

MAJESTIC FARMS, LLC, et al.,

Defendants.

_____/

## **O R D E R**

On November 5, 2007, the United States Magistrate Judge issued a Report (Doc.

43) recommending that Defendant Ferrell Law P.A.'s Motion to Remand Or To Dismiss For

Lack Of Subject Matter Jurisdiction (Doc. 25) be denied.  The Defendant has not filed any

objections to the report and recommendation and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent examination of the case

file, it is hereby ORDERED as follows:

(1)    The Magistrate Judge's Report and Recommendation (Doc. 43) is ADOPTED,

CONFIRMED, AND MADE A PART HEREOF; and

(2)    Defendant Ferrell Law P.A.'s Motion To Remand Or To Dismiss For Lack Of

Subject Matter Jurisdiction (Doc. 25) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of December, 2007.

_____

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record